| | |
|---|---|
| GAVIN JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, Acting Commissioner of )<br>Social Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 2:20-CV-81-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses Defendant's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to Defendant for further administrative action.

**This Judgment Filed and Entered on November 2, 2021, and Copies To:**
Jonathan Blair Biser          (via CM/ECF electronic notification)
Lisa M. Rayo                  (via CM/ECF electronic notification)

DATE:                         PETER A. MOORE, JR., CLERK
November 2, 2021              (By) /s/ Nicole Sellers
                                  Deputy Clerk