UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| GAVIN JOHNSON, )<br>)<br>　　　　Plaintiff, )<br>) <br>　　v. )<br>)<br>KILOLO KIJAKAZI, Acting Commissioner of )<br>Social Security, )<br>　　　　Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 2:20-CV-81-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff $3,240.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. lf the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, J. Blair Biser, Hardison and Cochran, PLLC and mailed to his office at 7340 Six Forks Road, Raleigh, NC 27615, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

**This Judgment Filed and Entered on February 18, 2022, and Copies To:**
| | |
|---|---|
| Jonathan Blair Biser | (via CM/ECF electronic notification) |
| Lisa M. Rayo | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |

DATE:　　　　　　　　　　　　　　　　　PETER A. MOORE, JR., CLERK
February 18, 2022　　　　　　　　　　　(By) /s/ Nicole Sellers
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk